Duane Morris
November 10, 2005
Page 15

File # E1873-00004                                                                     INVOICE # 1132429
    CHAPTER 11

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/14/2005 | 005 | J COLLEN | STUDY/EDIT PROPOSED SETTLEMENT AGREEMENT WITH TOUCH AMERICA (OVER .4); CONFER WITH R. CIAMBRONE RE SAME (UNDER .1); CALL FROM LILLIAN JOWERS (ATTORNEY FOR CITINETT) RE EXTENSION OF TIME AND NEED TO SUBSTITUTE COUNSEL (.2); E-MAIL CONFIRMING SAME (.1); E-MAIL AND CONFER WITH R. CIAMBRONE RE SAME (.1); MULTIPLE E-MAILS FROM CIAMBRONE AND CLIENT RE TMI CLAIM AS VANCO RESPONSIBILITY (.2); FURTHER E-MAIL EXCHANGE WITH R. CIAMBRONE RE SAME (.1); E-MAIL FROM R. LAY AND H. NOVACK RE RETURNS WITH AMOUNTS DUE (.2) | 1.40 | $763.00 |
| 10/14/2005 | 005 | R CIAMBRONE | TELEPHONE CONFERENCE WITH JEFF ORENSTEIN (CITYNET TRUSTEE) REGARDING CLAIM OBJECTION AND RESPONSE (.2); TELEPHONE CONFERENCE WITH COUNSEL FOR CITYNET (L. JONERS) REGARDING CLAIM OBJECTION AND RESPONSE (.2); TELEPHONE CONFERENCE WITH DENISE MONDELL REGARDING 11/17 HEARING (.2); FINALIZE AND FILE RESPONSE TO LMC OBJECTION (1.2) | 1.80 | $720.00 |
| 10/17/2005 | 005 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH FRANK WHITE REGARDING VERIZON CLAIM (.2); TELEPHONE CONFERENCE WITH HARRY NOVAK REGARDING SAME (.1); REVIEW OF LISTING OF OPEN CLAIM ISSUES WITH RANDY AND BEGIN TO UPDATE SAME (.5) | 0.80 | $320.00 |
| 10/18/2005 | 005 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH VERIZON (.1) AND RANDY LAY (.1) REGARDING OPEN ISSUES ON CLAIM | 0.20 | $80.00 |
| 10/19/2005 | 005 | CB SULLIVAN | IN RE: AT&T CLAIM OBJECTION: PREPARE FOR SETTLEMENT CONFERENCE AND PARTICIPATE IN SETTLEMENT CONFERENCE WITH J. COLLEN AND COUNSEL FOR AT&T (1.0). | 1.00 | $345.00 |
| 10/19/2005 | 005 | J COLLEN | STUDY/EDIT (VIA E-MAIL TO R. CIAMBRONE) REVISED STIPULATION FOR SETTLEMENT WITH TOUCH AMERICA. | 0.20 | $109.00 |
| 10/19/2005 | 005 | SB KUTNICK | RESEARCH STATUS OF OUTSTANDING AT&T CLAIMS. | 1.00 | $175.00 |

Duane Morris
November 10, 2005
Page 16

File # E1873-00004
    CHAPTER 11

INVOICE # 1132429

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/20/2005 | 005 | R CIAMBRONE | REVIEW OF CLAIMS ANALYSIS, CLAIMS OBJECTIONS FILED, SCHEDULED CLAIMS (.5); FINAL REVIEW OF SERVICE AND SOLICITATION LISTS (.7); TELEPHONE CONFERENCE WITH JOHN VOORHEES REGARDING POSSIBLE SETTLEMENT OF SBC CLAIM (.2) | 1.40 | $560.00 |
| 10/21/2005 | 005 | SB KUTNICK | REVIEW CLAIMS REGISTRY RE NEW/OUTSTANDING PROOFS OF CLAIM. | 0.80 | $140.00 |
| 10/23/2005 | 005 | J COLLEN | E-MAILS FROM TOUCH AMERICA COUNSEL AND R. CIAMBRONE RE REVISIONS TO SETTLEMENT AGREEMENT(.1), AND E-MAIL TO R. CIAMBRONE RE SAME (.1) | 0.20 | $109.00 |
| 10/24/2005 | 005 | R CIAMBRONE | TELEPHONE CONFERENCE WITH COUNSEL FOR MSP ONE SUMMER STREET REGARDING RESOLUTION OF PROOF OF CLAIM (.2); TELEPHONE CONFERENCE WITH TOM SARB REGARDING US SIGNAL PAYMENT OF UNDISPUTED PORTION OF CURE (.2) AND FOLLOW UP EMAIL WITH RANDY LAY REGARDING SAME (.1) | 0.50 | $200.00 |
| 10/25/2005 | 005 | J COLLEN | E-MAIL EXCHANGE WITH R. CIAMBRONE RE: STRATEGY IN PURSUING POSSIBLE ABOVENET SETTLEMENT (.2); FURTHER E-MAIL FROM R. CIAMBRONE RE: FACTS/LAW RE: SAME. (.1). | 0.30 | $163.50 |
| 10/25/2005 | 005 | R CIAMBRONE | TELEPHONE CONFERENCE WITH RANDY LAY REGARDING QWEST, US SIGNAL, SBC, VERIZON CLAIMS (.3); TELEPHONE CONFERENCE WITH DAN MCGUIRE REGARDING SBC PROPOSAL (.2); REVIEW OF US SIGNAL PROOF OF CLAIM AND CURE AMOUNT AND BACK UP FOR SAME (.5); TELEPHONE CONFERENCE WITH TOM SARB REGARDING SAME (.2); EMAIL CORRESPONDENCE WITH RANDY LAY REGARDING SAME (.2) | 1.40 | $560.00 |
| 10/26/2005 | 005 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH RANDY LAY REGARDING SBC (.2); EMAIL CORRESPONDENCE WITH RANDY LAY REGARDING QWEST (.2); REVIEW OF QWEST FILE AND INFORMATION (.2); TELEPHONE CONFERENCE WITH DAN MCGUIRE REGARDING SBC (.2) | 0.80 | $320.00 |

DUANE MORRIS LLP

Duane Morris
November 10, 2005
Page 17

File # E1873-00004
   CHAPTER 11

INVOICE # 1132429

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/26/2005 | 005 | SB KUTNICK | REVISE CLAIMS OBJECTION BINDER (1.5); REVIEW ALL CLAIMS REGISTERS TO DETERMINE EXACT NUMBER OF FILED CLAIMS (.5). | 2.00 | $350.00 |
| 10/27/2005 | 005 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH RANDY LAY REGARDING OPEN DISPUTES | 0.20 | $80.00 |
| | | | Code Total | 63.50 | $23,532.50 |

Duane Morris
November 10, 2005
Page 18

File # E1873-00004
    CHAPTER 11

INVOICE # 1132429

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/3/2005 | 006 | J COLLEN | E-MAIL TO R. LAY RE COBRA PACKAGE (.1) | 0.10 | $54.50 |
| | | | Code Total | 0.10 | $54.50 |

Duane Morris
November 10, 2005
Page 19

File # E1873-00004                                                                    INVOICE # 1132429
    CHAPTER 11

| DATE | TASK | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/3/2005 | 007 | J COLLEN | CONFER WITH R. CIAMBRONE RE INTERIM FEE APPLICTION (.1); CONFER WITH S. KUTNICK RE REVIEW OF SEPT. INVOICE (.1) | 0.20 | $109.00 |
| 10/5/2005 | 007 | J COLLEN | STUDY SEPT. TIME AND EXPENSE PRINTOUT RE PRELIMINARY APPROVAL OF SAME. | 0.70 | $381.50 |
| 10/5/2005 | 007 | SB KUTNICK | BEGAN TO REVIEW SEPTEMBER FEE STATEMENT. | 2.00 | $350.00 |
| 10/6/2005 | 007 | R CIAMBRONE | BEGIN REVIEW OF SEPTEMBER INVOICE | 0.50 | $200.00 |
| 10/17/2005 | 007 | J COLLEN | E-MAIL S. DI MASSA RE INTERIM FEE APPLICATION (.1); CONFERENCE CALL WITH SUMMER ROSS AND S. KUTNICK RE PREPARATION OF SAME (.3) | 0.40 | $218.00 |
| 10/17/2005 | 007 | SB KUTNICK | SEARCH, RETRIEVE, DUPLICATE, AND DISTRIBUTE MAY, JUNE, JULY, AND AUGUST FEE STATEMENTS AND 2ND INTERIM FEE APPLICATION FOR PREPARATION OF 3RD INTERIM FEE APPLICATION. | 2.00 | $350.00 |
| 10/18/2005 | 007 | J COLLEN | E-MAIL EXCHANGE WITH R. LAY RE SEPTEMBER BILLING. | 0.20 | $109.00 |
| 10/18/2005 | 007 | SB KUTNICK | PREPARE, FILE, AND SERVE DM SEPTEMBER FEE APPLICATION. | 2.00 | $350.00 |
| 10/18/2005 | 007 | SL ROSS | REVIEW BILLING INFORMATION IN PREPARATION FOR DRAFTING THIRD INTERIM FEE APPLICATION FOR DUANE MORRIS (.9); BEGAN DRAFTING THIRD INTERIM FEE APPLICATION FOR DUANE MORRIS (1.0). | 1.90 | $427.50 |
| 10/19/2005 | 007 | J COLLEN | E-MAIL EXCHANGE WITH S. ROSS AND R. CIAMBRONE RE ACCOMPLISHMENTS AND SERVICES TO BE HIGHLIGHTED/QUANTIFIED/AND SPECIFIED IN NEXT INTERIM FEE APPLICATION. | 0.40 | $218.00 |
| 10/19/2005 | 007 | R CIAMBRONE | PREPARE OUTLINE OF TASKS COMPLETED DURING LAST INTERIM PERIOD | 0.50 | $200.00 |

Duane Morris
November 10, 2005
Page 20

File # E1873-00004                                          INVOICE # 1132429
     CHAPTER 11

| DATE | TASK | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/19/2005 | 007 | SL ROSS | REVIEW BILLS RECEIVED FROM ACCOUNTING AND CREATED LIST OF WHICH DM ATTORNEYS/EMPLOYEES WORKED ON EACH TASK AND FOR HOW LONG (1.0); DRAFT DM'S THIRD INTERIM APPLICATION BY CREATING DM ATTORNEY/EMPLOYEE TIME-TABLE CHARTS (2.1); DRAFT DM'S THIRD INTERIM APPLICATION BY INPUTTING SUBSTANTIVE INFORMATION AND REVIEWING TIME ENTRIES AND MOTIONS FILED (1.7) | 4.80 | $1,080.00 |
| 10/20/2005 | 007 | SL ROSS | DRAFT DUANE MORRIS' THIRD INTERIM APPLICATION, INCLUDING AN IN DEPTH REVIEW OF CLAIMS FILED AND OBJECTIONS PENDING AGAINST THOSE CLAIMS | 5.90 | $1,327.50 |
| 10/20/2005 | 007 | WM SIMKULAK | DISCUSS FEE APPLICATION AND AMOUNT OF CLAIMS OBJECTED TO WITH S. ROSS. | 0.30 | $76.50 |
| 10/24/2005 | 007 | J COLLEN | E-MAIL EXCHANGE WITH SUMMER ROSS, AND CONFER WITH R. CIAMBRONE RE TIME FRAME TO BE INCLUDED IN INTERIM FEE APPLICATION. | 0.10 | $54.50 |
| 10/24/2005 | 007 | R CIAMBRONE | ADDRESS ISSUES OF FILING INTERIM FEE APPLICATIONS AND TIMING OF SAME | 0.30 | $120.00 |
| 10/24/2005 | 007 | SL ROSS | EDIT DM THIRD INTERIM FEE APPLICATION (2.1); E-MAIL CORRESPONDENCE WITH J COLLEN AND R. CIAMBRONE REGARDING DATE THOUGH WHICH THE FEE APPLICATION SHOULD INCLUDE (.1). | 2.20 | $495.00 |
| 10/24/2005 | 007 | SL ROSS | TELEPHONE CALL TO DM ACCOUNTING DEPARTMENT TO REQUEST CERTAIN FEE REPORTS BE GENERATED THAT INCLUDE THE COMPENSATION AND DISBURSEMENTS INCURRED IN SEPTEMBER (.2); TELEPHONE CALLS WITH ACCOUNTING REGARDING SUCH REPORTS (.4); REVIEWED REPORTS PROVIDED BY ACCOUNTING WITH SEPTEMBER COMPENSATION AND DISBURSEMENTS (.5); REVISE DM THIRD INTERIM FEE APPLICATION TO INCLUDE SERVICES RENDERED AND DISBURSEMENTS MADE IN THE MONTH OF SEPTEMBER (4.2). | 5.30 | $1,192.50 |

DUANE MORRIS LLP

Duane Morris
November 10, 2005
Page 21

File # E1873-00004                                             INVOICE # 1132429
    CHAPTER 11

| DATE | TASK | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/25/2005 | 007 | J COLLEN | E-MAIL EXCHANGE WITH S. ROSS RE: DM INTERIM FEE APPLICATION. | 0.20 | $109.00 |
| 10/25/2005 | 007 | SL ROSS | REVIEW NEW BILLING REPORT RUN BY ACCOUNTING (.2); REVISE AND EDIT DM THIRD INTERIM FEE APPLICATION TO REFLECT INFORMATION IN THE NEW REPORT (.9); DRAFT AND SENT E-MAIL TO J. COLLEN AND R. CIAMBRONE WITH THE DM THIRD INTERIM FEE APPLICATION FOR REVIEW (.3). | 1.40 | $315.00 |
| 10/26/2005 | 007 | R CIAMBRONE | PREPARE THIRD INTERIM FEE APPLICATION | 1.80 | $720.00 |
| 10/27/2005 | 007 | J COLLEN | EDIT DM FEE APPLICATION (.5); E-MAIL TO S. ROSS AND R. CIAMBRONE RE CHANGES (.2) | 0.70 | $381.50 |
| 10/27/2005 | 007 | R CIAMBRONE | DRAFT THIRD INTERIM FEE APPLICATION | 3.00 | $1,200.00 |
| 10/27/2005 | 007 | SB KUTNICK | BEGAN TO PREPARE DM THIRD INTERIM FEE APPLICATION. | 4.00 | $700.00 |
| 10/28/2005 | 007 | R CIAMBRONE | FINALIZE THIRD INTERIM FEE APPLICATION FOR FILING | 1.10 | $440.00 |
| 10/28/2005 | 007 | SB KUTNICK | CONTINUE TO PREPARE DM THIRD INTERIM FEE APPLICATION, COORDINATE FILING, AND SERVICE OF PROCESS. | 4.30 | $752.50 |
| | | | Code Total | 46.20 | $11,877.00 |

Duane Morris
November 10, 2005
Page 22

File # E1873-00004　　　　　　　　　　　　　　　　　　　　　　　　INVOICE # 1132429
　　CHAPTER 11

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 10/3/2005 008 | J COLLEN | RECEIVE/STUDY AUG. FEE STATEMENT OF COUNSEL FOR THE CREDITORS' COMMITTEE. | 0.20 | $109.00 |
| 10/5/2005 008 | J COLLEN | STUDY STATEMENT OF PAYMENT TO ORDINARY COURSE PROFESSIONALS (OVER .1); E-MAIL EXCHANGE WITH R. CIAMBRONE RE SAME (UNDER .1) | 0.20 | $109.00 |
| 10/6/2005 008 | R CIAMBRONE | PREPARE AND FILE STATEMENT OF FEES PAID TO ORDINARY COURSE COUNSEL | 0.30 | $120.00 |
| 10/11/2005 008 | J COLLEN | RECEIVE/REVIEW SHEFSKY & FROELICH FEE STATEMENTS FOR JULY AND AUGUST. | 0.10 | $54.50 |
| 10/14/2005 008 | J COLLEN | FINAL REVIEW/APPROVAL OF SEPT. INVOICE. | 0.50 | $272.50 |
| 10/14/2005 008 | J COLLEN | RECEIVE/STUDY BUCCINO SEPTEMBER STATEMENT (OVER .1); MEMO TO S. KUTNICK RE FILING SAME (.1) | 0.20 | $109.00 |
| 10/18/2005 008 | R CIAMBRONE | EMAIL CORRESPONDENCE REGARDING SWIDLER'S FEE STATEMENT (.2); REVIEW SAME FOR FILING (.2) | 0.40 | $160.00 |
| 10/18/2005 008 | SB KUTNICK | PREPARE, FILE, AND SERVE BUCCINO SEPTEMBER FEE APPLICATION (2.0); PREPARE, FILE, AND SERVE SWIDLER SEPTEMBER FEE APPLICATION (2.0). | 4.00 | $700.00 |
| 10/19/2005 008 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH SWIDLER REGARDING INTERIM FEE APPLCIATIONS | 0.20 | $80.00 |
| 10/20/2005 008 | R CIAMBRONE | TELEPHONE CONFERENCE WITH RICH LAUTER REGARDING FEES OF COMMITTEE MEMBERS (.2) | 0.20 | $80.00 |
| 10/21/2005 008 | J COLLEN | E-MAILS FROM R. BLAU AND TO R. LAY RE OUTSTANDING SWIDLER INVOICE. | 0.10 | $54.50 |
| 10/21/2005 008 | R CIAMBRONE | TELEPHONE CONFERENCE WITH STACY FLANNIGAN REGARDING INTERIM FEE APPLICATIONS | 0.20 | $80.00 |
| 10/23/2005 008 | J COLLEN | E-MAIL FROM H. NOVAK WITH ATTACHED SPREAD SHEET RE BUCCINO FEES (.3); E-MAIL TO S. ROSS RE DRAFTING NEXT INTERIM FEE APPLICATION FOR BUCCINO (.1); FURTHER E-MAIL EXCHANGE WITH HER RE SAME (.1) | 0.50 | $272.50 |

Duane Morris
November 10, 2005
Page 23

File # E1873-00004                                              INVOICE # 1132429
    CHAPTER 11

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/23/2005 | 008 | SL ROSS | E-MAIL CORRESPONDENCE WITH J. COLLEN REGARDING PREPARATION OF BUCCINO & ASSOCIATES FEE APPLICATION (.1); REVIEW DOCUMENTATION PROVIDED BY BUCCINO & ASSOCIATES (.1). | 0.20 | $45.00 |
| 10/24/2005 | 008 | J COLLEN | RECEIVE/STUDY WINSTON & STRAWN SEPT. INVOICE (.2); E-MAIL EXCHNAGE WITH S. ROSS RE PREPAPARATION OF BUCCINO FEE APPLICATION (.1) | 0.30 | $163.50 |
| 10/24/2005 | 008 | R CIAMBRONE | OVERSEE FILING OF SWIDLER FEE APPLICATION | 0.40 | $160.00 |
| 10/24/2005 | 008 | SB KUTNICK | PREPARE AND FILE SWIDLER'S SECOND INTERIM FEE APPLICATION (2.0); REVISE AND UPDATE BILLING FILE (1.5). | 3.50 | $612.50 |
| 10/24/2005 | 008 | SL ROSS | REVIEW BILLING INFORMATION PROVIDED BY BUCCINO & ASSOCIATES IN PREPARATION FOR PREPARING THEIR THIRD INTERIM FEE APPLICATION (.4); DRAFT THIRD INTERIM FEE APPLICATION ON BEHALF OF BUCCINO & ASSOCIATES (3.0); EDIT BUCCINO & ASSOCIATES THIRD INTERIM FEE APPLICATION (.6). | 4.00 | $900.00 |
| 10/25/2005 | 008 | J COLLEN | E-MAIL EXCHANGE WITH S. ROSS RE: BUCCINO INTERIM FEE APPLICATION. | 0.10 | $54.50 |
| 10/25/2005 | 008 | SL ROSS | EDIT BUCCINO & ASSOCIATES THIRD INTERIM FEE APPLICATION (.6); DRAFT AND SEND E-MAIL TO J. COLLEN AND R. CIAMBRONE WITH THE BUCCINO & ASSOCIATES THIRD INTERIM FEE APPLICATION (.2). | 0.80 | $180.00 |
| 10/26/2005 | 008 | J COLLEN | E-MAIL FROM J. HORGAN RE: WEISER INVOICES FOR JULY, AUGUST, SEPTEMBER (.2); EDIT INTERIM BUCCINO FEE APPLICATION (.5). | 0.70 | $381.50 |
| 10/26/2005 | 008 | SB KUTNICK | SEARCH/REVIEW DOCKET RE ALL FEE STATEMENTS FOR WEISER AND BAKER. | 1.00 | $175.00 |
| 10/27/2005 | 008 | J COLLEN | E-MAIL TO S. ROSS RE REVISIONS TO BUCCINO FEE APPLICATION. | 0.20 | $109.00 |
| 10/27/2005 | 008 | R CIAMBRONE | DRAFT BUCCINO THIRD INTERIM FEE APPLICATION (1.8); ONGOING EMAIL CORRESPONDENCE WITH OTHER COUNSEL REGARDING NOTICE OF FEE HEARINGS AND NUMBERS TO INCLUDE THEREIN (.3); DRAFT NOTICE OF INTERIM FEE APPLICATIONS TO BE HEARD ON 11/18/05 (.6) | 2.70 | $1,080.00 |

Case 04-28747 Doc 1250-10 Filed 04/11/06 Entered 04/11/06 14:21:38 Desc
Exhibit Page 10 of 15

Duane Morris
November 10, 2005
Page 24

File # E1873-00004                                                  INVOICE # 1132429
    CHAPTER 11

| DATE | TASK | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/27/2005 | 008 | SB KUTNICK | BEGAN TO PREPARE BUCCINO THIRD INTERIM FEE APPLICATION FOR FILING. | 2.00 | $350.00 |
| 10/28/2005 | 008 | J COLLEN | RECEIVE/STUDY 2ND INTERIM FEE APPLICATION OF SWIDLER, BERLIN. | 0.20 | $109.00 |
| 10/28/2005 | 008 | R CIAMBRONE | FINALIZE BUCCINO FEE APPLICATION (.8); FINALIZE AND FILE NOTICE OF HEARING ON INTERIM FEE APPLICATIONS (.6) | 1.40 | $560.00 |
| 10/28/2005 | 008 | SB KUTNICK | FINALIZE PREPARATION OF BUCCINO THIRD INTERIM FEE APPLICATION, COORDINATE FILING, AND SERVICE OF PROCESS. | 3.00 | $525.00 |
| 10/31/2005 | 008 | J COLLEN | RECEIVE/STUDY WEISER THIRD INTERIM FEE APPLICATION (0.2); RECEIVE/STUDY SHEFSKY & FROELICH CUMULATIVE OCT. INVOICE (0.1) | 0.30 | $163.50 |
| | | | Code Total | 27.90 | $7,769.50 |

Duane Morris
November 10, 2005
Page 25

File # E1873-00004                                           INVOICE #  1132429
    CHAPTER 11

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 10/1/2005 010 | RP DARKE | PREPARE MEMORANDUM DISCUSSING NEW YORK CONCERNING CONTRACT INTERPRETATION WITH RESPECT TO POST-PETITION MASTER SERVICE AGREEMENT. | 1.20 | $408.00 |
| 10/2/2005 010 | RP DARKE | PREPARE MEMORANDUM DISCUSSING INTERPRETATION OF MASTER SERVICE AGREEMENTS BETWEEN UAI AND LEVEL 3. | 2.70 | $918.00 |
| 10/3/2005 010 | CB SULLIVAN | IN RE: COMPATH LITIGATION: COLLECT AND REVIEW DOCUMENTS FOR POSSIBLE PRODUCTION IN RESPONSE TO BELCORE ELECTRIC'S DISCOVERY REQUESTS, COMMUNICATIONS WITH R. LAY REGARDING THE SAME (1.5). | 1.50 | $517.50 |
| 10/3/2005 010 | R CIAMBRONE | FINALIZE LETTER OUTLINING DEFENSES IN ABOVENET (.8); EMAIL CORRESPONDENCE WITH ROB SAKOTA REGARDING RESPONSE DATE (.2) | 1.00 | $400.00 |
| 10/3/2005 010 | RP DARKE | DISCUSSION WITH ROSANNE CIAMBRONE REGARDING CONTRACT INTERPRETATION LAW IN NEW YORK; DRAFT EMAIL SUMMARIZING RESULTS OF RESEARCH IN NEW YORK CONCERNING CONTRACT INTERPRETATION | 0.30 | $102.00 |
| 10/3/2005 010 | SB KUTNICK | SEARCH, RETRIEVE, DUPLICATE, AND DISTRIBUTE COMPATH COMPLAINT AND CERTIFICATE OF SERVICE. | 0.50 | $87.50 |
| 10/4/2005 010 | CB SULLIVAN | IN RE: COMPATH LITIGATION: CONTINUE TO COLLECT AND REVIEW DOCUMENTS FOR POSSIBLE PRODUCTION IN RESPONSE TO BELCORE ELECTRIC'S DISCOVERY REQUESTS (1.8); DRAFT AND RESEARCH MOTION FOR DEFAULT OF CERTAIN BELCORE DEFENDANTS (.5). | 2.30 | $793.50 |

Duane Morris
November 10, 2005
Page 26

File # E1873-00004
    CHAPTER 11

INVOICE # 1132429

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/5/2005 | 010 | CB SULLIVAN | IN RE: COMPATH LITIGATION: CONTINUE TO COLLECT AND REVIEW DOCUMENTS FOR POSSIBLE PRODUCTION IN RESPONSE TO BELCORE ELECTRIC'S DISCOVERY REQUESTS (1.3); DRAFT AND RESEARCH MOTION FOR DEFAULT OF CERTAIN BELCORE DEFENDANTS (.7); CONFERENCE CALL WITH R. CIAMBRONE AND BCH HOLDINGS REGARDING DEFAULT, ANSWER AND DISCOVERY AND FOLLOW-UP WITH BCH HOLDINGS (.5). | 2.50 | $862.50 |
| 10/5/2005 | 010 | J COLLEN | READ R. CIAMBRONE DRAFT LETTER TO ABOVENET RE UA PREFERENCE DEFENSES (OVER .1); E-MAIL SUGGESTED REVISIONS TO HER (UNDER .1) | 0.20 | $109.00 |
| 10/5/2005 | 010 | R CIAMBRONE | FINALIZE AND SEND LETTER TO SOKOTA AT ABOVENET RE SETOUT DEFENSES | 0.30 | $120.00 |
| 10/6/2005 | 010 | CB SULLIVAN | IN RE: COMPATH LITIGATION: CONTINUE TO COLLECT AND REVIEW DOCUMENTS FOR POSSIBLE PRODUCTION IN RESPONSE TO BELCORE ELECTRIC'S DISCOVERY REQUESTS (1.0); CONFERENCE CALL WITH BCH HOLDINGS REGARDING DEFAULT, ANSWER AND DISCOVERY (.5). | 1.50 | $517.50 |
| 10/6/2005 | 010 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH MONTO AND LAY REGARDING RECEIPT OF MCI STOCK | 0.20 | $80.00 |
| 10/7/2005 | 010 | J COLLEN | E-MAIL EXCHNAGE WITH R. KANOWITZ RE EXTENDING DEADLINES ON ABOVENET LITIGATION. | 0.10 | $54.50 |

Duane Morris
November 10, 2005
Page 27

File # E1873-00004                                          INVOICE # 1132429
      CHAPTER 11

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/10/2005 | 010 | R CIAMBRONE | EMAIL CORRESPONDENCE WITH JEFF COHEN REGARDING ABOVENET STIPULATION (.2); EMAIL CORRESPONDENCE WITH DAVID ZOLKEN REGARDING MSP ONE SUMMER STREET (.2) AND FOLLOW UP TELEPHONE CONFERENCE REGARDING SAME (.2); TELEPHONE CONFERENCE WITH ADLER REGARDING MSP ONE SUMMER STREET (.2); EMAIL CORRESPONDENCE WITH COUNSEL FOR WORLD ACCESS REGARDING CONTINUED STATUS DATE ON WA CLAIM OBJECTION IN WA BANKRUPTCY (.2) | 1.00 | $400.00 |
| 10/11/2005 | 010 | CB SULLIVAN | IN RE: COMPATH LITIGATION: REVIEW CORRESPONDENCE REGARDING DISCOVERY FROM COMPATH'S COUNSEL (.3). | 0.30 | $103.50 |
| 10/14/2005 | 010 | R CIAMBRONE | TELEPHONE CONFERENCE WITH MAUREEN LUKE REGARDING TOUCH AMERICA STIPULATION (.2); REVIEW OF STIPULATION (.2) | 0.40 | $160.00 |
| 10/17/2005 | 010 | CB SULLIVAN | IN RE: COMPATH: PREPARE FOR AND ATTEND COURT STATUS HEARING (1.0). | 1.00 | $345.00 |
| 10/17/2005 | 010 | J COLLEN | CONFER WITH C SULLIVAN RE STRATEGY FOR AT&T SETTLEMENT CONFERENCE (.2); STUDY FILE IN PREPARATION FOR CONFERENCE (.4). | 0.60 | $327.00 |
| 10/17/2005 | 010 | SB KUTNICK | SEARCH, RETRIEVE, DUPLICATE, AND DISTRIBUTE AT&T CLAIMS OBJECTION AND CORRESPONDENCE RE INITIAL SETTLEMENT OFFER. | 1.30 | $227.50 |
| 10/18/2005 | 010 | CB SULLIVAN | IN RE: COMPATH DISPUTE: COLLECT AND CONDUCT DUE DILIGENCE ON ALL POSSIBLE RELEVANT DOCUMENTS AND INFORMATION RESPONSIVE TO OUTSTANDING DISCOVERY REQUESTS DIRECTED AT UAI (3.3). | 3.30 | $1,138.50 |
| 10/18/2005 | 010 | J COLLEN | FURTHER PREPARATION FOR AT&T SETTLEMENT CONFERENCE (.5); E-MAILS AND CALLS WITH OPPOSING COUNSEL AND C SULLIVAN RE RESCHEDULING SAME (.2). | 0.70 | $381.50 |

Duane Morris
November 10, 2005
Page 28

File # E1873-00004　　　　　　　　　　　　　　　　　　　　　　INVOICE # 1132429
　　　CHAPTER 11

| DATE | TASK | TIMEKEEPER | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/18/2005 | 010 | R CIAMBRONE | REVIEW OF ABOVENET STIPULATION (.2); SIGN AND EMAIL CORRESPONDENCE WITH ABOVENET COUNSEL REGARDING SAME (.2); REVIEW OF TOUCH AMERICA STIPULATION (.3); DRAFT/REVISE SAME AND REVIEW OF FACTS SURROUNDING SETTLEMENT (9); EMAIL CORRESPONDENCE WITH DAN MCGUIRE REGARDING SAME (.1) | 1.70 | $680.00 |
| 10/19/2005 | 010 | CB SULLIVAN | IN RE: COMPATH DISPUTE: RE-NOTICE DEPOSITIONS (.8); REVIEW DISCOVERY RESPONSES AND RESPONSIVE DOCUMENTS (1.5); DRAFT OUTLINE OF 30(B)(6) DEPOSITION (3.0). | 5.30 | $1,828.50 |
| 10/19/2005 | 010 | J COLLEN | SETTLEMENT CONFERENCE WITH AT&T COUNSEL (.7); DISCUSSION WITH C. SULLIVAN RE STRATEGY (.2); E-MAIL EXCHANGE WITH VIN D'AGOSTINO CONFIRMING EXTENSION OF TIME TO RESPOND TO OBJECTIONS (.2); RECEIVE/STUDY DISCOVERY REQUESTS IN COMPATH LITIGATION (.2) | 1.30 | $708.50 |
| 10/19/2005 | 010 | R CIAMBRONE | FINALIZE TOUCH AMERICA STIPULATION (.5); EMAIL CORRESPONDENCE WITH MAUREEN LUKE REGARDING SAME (.1) | 0.60 | $240.00 |
| 10/20/2005 | 010 | CB SULLIVAN | IN RE: COMPATH: PREPARE DEPOSITION OUTLINES FOR COMPATH DEPOSITIONS AND IDENTIFY DOCUMENT EXHIBITS FOR SAME (3.8). | 3.80 | $1,311.00 |
| 10/20/2005 | 010 | J COLLEN | CALL FROM JUDGE BUCKLO'S CHAMBERS RE MAIL RULING ON COOK APPEAL AND CANCELLING HEARING (.1); E-MAIL TO TEAM RE SAME (.1). | 0.20 | $109.00 |
| 10/20/2005 | 010 | R CIAMBRONE | CONFIRMATION FROM COURT REGARDING COOK APPEAL, RULING TO OCCUR BY MAIL (.1); TELEPHONE CONFERENCE WITH MONTO REGARDING IPO LITIGATION (.2) | 0.30 | $120.00 |
| 10/21/2005 | 010 | CB SULLIVAN | IN RE: COMPATH DISPUTE: REVIEW DOCUMENTS FOR PRODUCTION (1.8); DRAFT DISCOVERY RESPONSES AND OBJECTIONS (2.5). | 4.30 | $1,483.50 |

Duane Morris
November 10, 2005
Page 29

File # E1873-00004　　　　　　　　　　　　　　　　　　　　　INVOICE # 1132429
　　CHAPTER 11

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/21/2005 | 010 | R CIAMBRONE | FINALIZE TOUCH AMERICA SETTLEMENT AGREEMENT (.2); EMAIL CORRESPONDENCE WITH MAUREEN LUKE REGARDING SETTLEMENT AGREEMENT (.2); TELEPHONE CONFERENCE WITH RICHARD MONTO AND COUNSEL FOR IPO SUIT REGARDING STATUS OF BANKRUPTCY (.2); EMAIL CORRESPONDENCE WITH COUNSEL FOR IPO SUIT REGARDING ENTRY OF ORDER GRANTING 5TH OMNIBUS OBJECTION (.2) | 0.80 | $320.00 |
| 10/23/2005 | 010 | J COLLEN | E-MAILS FROM NOVACK (.1) AND R. LAY (.1) RE DOCUMENT PRODUCTION IN COMPATH LITIGATION | 0.20 | $109.00 |
| 10/24/2005 | 010 | CB SULLIVAN | IN RE: COMPATH DISPUTE: REVIEW DOCUMENTS FOR PRODUCTION; DRAFT DISCOVERY RESPONSES AND OBJECTIONS (1.5); DRAFT OUTLINE OF 30(B)(6) COMPATH DEPOSITION (1.5); DRAFT OUTLINE OF M. TAYLOR DEPOSITION (2.5). | 5.50 | $1,897.50 |
| 10/24/2005 | 010 | J COLLEN | E-MAIL EXCHANGE WITH VIN D'AGOSTINO RE EXTENDING DEADLINE TO RESPOND TO DEBTOR'S OBJECTION TO AT&T CLAIM | 0.20 | $109.00 |
| 10/24/2005 | 010 | R CIAMBRONE | CALL WITH COUNSEL FOR IPO SUIT REGARDING STATUS OF BANKRUPTCY, PROCEDURE TO MOVE FORWARD ON LAWSUIT (.9); PROVIDE COUNSEL WITH COPIES OF IPO PROOF OF CLAIM AND ORDER ON 5TH OMNIBUS OBJECTION (.3); FOLLOW UP WITH R. MONTO REGARDING STORAGE OF DOCUMENTS (.2) | 1.40 | $560.00 |
| 10/25/2005 | 010 | CB SULLIVAN | IN RE: COMPATH LITIGATION: PREPARE DEPOSITION OUTLINES AND DEPOSITION EXHIBITS (5.0); REVIEW DOCUMENTS FOR DEPOSITION (2.0); REVIEW DOCUMENTS AND DRAFT RESPONSES TO OUTSTANDING DISCOVERY REQUESTS (2.0). | 9.00 | $3,105.00 |
| 10/25/2005 | 010 | SB KUTNICK | SEARCH, RETRIEVE, DUPLICATE, AND DISTRIBUTE VARIOUS DOCS RE DENVER DEPOSITION | 2.50 | $437.50 |