**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 04 – B – 28747 |
| | ) | |
| **UNIVERSAL ACCESS GLOBAL** | ) | Jointly Administered |
| **HOLDINGS INC.**, et al., | ) | Chapter 11 |
| | ) | Honorable Jack B. Schmetterer |
| Debtors. | ) | |
| | ) | Hearing Date: Friday, May 19, 2006 |
| | ) | Hearing Time: 11:00 a.m. |

## NOTICE OF MOTION

**See Service List Attached Hereto**

    **PLEASE TAKE NOTICE** that on **May 19, 2006**, at the hour of **11:00 a.m.**, I shall appear before the Honorable Jack B. Schmetterer, United States Bankruptcy Judge, or any Judge sitting in his stead, in Courtroom 682, 219 South Dearborn Street, Chicago, Illinois, and then and there present **FINAL FEE APPLICATION OF SHEFSKY & FROELICH LTD, SPECIAL COUNSEL TO THE DEBTORS**, a copy of which is attached hereto, made a part hereof, and herewith served upon you.

                                         /s/ Karen R. Goodman
                                         Karen R. Goodman

Karen R. Goodman, Esq. (#1008242)
SHEFSKY & FROELICH, LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312)527-4000
Fax: (312)527-2015

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that copies of this *Final Fee Application of Shefsky & Froelich Ltd, Special Counsel To The Debtors*, were served upon the above persons via ECF and regular mail at 111 East Wacker Drive, Suite 2800, Chicago, Illinois on the **12th** day of **April, 2006**.

                                           /s /Karen R. Goodman
                                           Karen R. Goodman

## **SERVICE LIST**

Office of the United States Trustee
227 West Monroe Street
Suite 3300
Chicago, Illinois  60606

Universal Access Global Holdings, Inc.
200 South Wacker Drive
Suite 1200
Chicago, Illinois  60606

Duane Morris LLP
227 West Monroe Street
Suite 3400
Chicago, Illinois  60606
Attn:  John Collen

David Wirt
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois  60601

Document2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 04 – B – 28747 |
| | ) | |
| **UNIVERSAL ACCESS GLOBAL** | ) | Jointly Administered |
| **HOLDINGS INC.**, et al., | ) | Chapter 11 |
| | ) | Honorable Jack B. Schmetterer |
| Debtors. | ) | |
| | ) | Hearing Date:  Friday, May 19, 2006 |
| | ) | Hearing Time:  11:00 a.m. |

## FINAL APPLICATION OF SHEFSKY & FROELICH LTD., SPECIAL COUNSEL TO THE DEBTORS

Shefsky & Froelich Ltd. ("S&F"), Special Counsel to the Debtors, respectfully submits its Final Application for Allowance of Attorneys' Fees and Reimbursement of Expenses ("Final Fee Application") seeking approval of all amounts previously allowed on an interim basis for payment of compensation and reimbursement of expenses for the services of S&F in connection with the above-referenced case from August 4, 2004 through September 30, 2005 ("Application Period").  In support of the Final Fee Application, S&F respectfully states as follows:

1. On August 4, 2004 ("Petition Date"), Universal Access Global Holdings Inc., et al., ("Debtors") filed voluntary petitions under Chapter 11 of the Bankruptcy Code.

2. On August 13, 2004, an Order was entered authorizing the Debtors to retain and employ Shefsky & Froelich Ltd. as Special Counsel to represent the Debtors with respect to securities matters and certain corporate matters, *nunc pro tunc* to the Petition Date.

3. S&F has submitted three previous applications in this case.  On March 4, 2005, the Court granted S&F interim compensation in the amount of $35,810.50 and reimbursement of expenses in the amount of $287.85.  On July 22, 2005, the Court granted S&F interim compensation in the amount of $9,448.44 and reimbursement of expenses in the amount of $287.44.  On November 18, 2005, the Court granted S&F interim compensation in the amount of

$4,825.50 and reimbursement of expenses in the amount of $4.80.  S&F seeks final approval for these amounts previously paid on an interim basis.

4. S&F asserts that the compensation previously paid on an interim basis is reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent and value of such services.  S&F further asserts that the cost of services rendered for and on behalf of the Debtors is comparable to the cost of similar services and matters other than under the Bankruptcy Code and complies with this Court's standing order on the allowance of certain expenses.

5. Notice of this Final Fee Application has been given to:  (a) the Office of the United States Trustee; (b) the Debtors; (c) counsel for the Debtors; and (d) counsel for the Creditors' Committee.  Further, notice to all creditors shall be provided by Debtors' counsel.

WHEREFORE, S&F requests the entry of an order allowing final compensation to S&F in the amount of $50,084.44 and final reimbursement of expenses in the amount of $680.09.

        Respectfully submitted,

        SHEFSKY & FROELICH LTD.


        By:  /s/ Karen R. Goodman
            Karen R. Goodman

Karen R. Goodman (#1008242)
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000