# EXHIBIT E

## Summary of Fees and Expenses Incurred During These Cases

Billing Summary
Universal Access Global Holdings, Inc.
Buccino & Associates, Inc. - Financial Advisors


Buccino & Associates, Inc.

For professional services rendered on behalf of Universal Access Global Holdings, Inc.
for the period August 4, 2004 through February 10, 2006

| Name | Level | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| Gerald Buccino | Chairman | $525.00 | 282.4 | $148,260.00 |
| Harry Novak | Sr. Vice President | $400.00 | 1,569.7 | $627,880.00 |
| David Meister | Vice President | $350.00 | 20.4 | $7,140.00 |
| Dennis Kraska | Consultant | $250.00 | 75.6 | $18,900.00 |
| Bernadette Barron | Consultant | $250.00 | 256.8 | $64,200.00 |
| Frank Lucchese | Consultant | $250.00 | 194.6 | $48,650.00 |
| Shawn Lederman | Consultant | $250.00 | 4.0 | $1,000.00 |
| Various | Accounting/Admin | $150.00 | 61.4 | $9,210.00 |
| | TOTAL PROFESSIONAL FEES | $375.37 (a) | 2,464.9 | $925,240.00 |

(a) Represents blended billing rate

**Buccino & Associates, Inc.**

Universal Access Global Holdings Inc.
Billing Recap for the Period August 4, 2004 - February 10, 2006

### Summary of Time in Hours by Category by Associate

| Code | Category | Gerald Buccino | Harry Novak | Dennis Kraska | Bernadette Barron | Frank Lucchese | David Meister | Shawn Lederman | Various | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Preparation / Participation in Meeting / teleconference with Debtor Management or Counsel | 100.3 | 310.1 | 3.8 | 7.9 | 5.1 | 2.5 | - | - | 429.7 |
| 15 | Preparation / Participation in Meeting / teleconference with Committee, Counsel or Advisors | 18.2 | 67.5 | 1.4 | 4.0 | - | - | 2.5 | - | 93.6 |
| 20 | Court Hearings / Preparation | 20.9 | 110.2 | - | - | - | - | - | - | 131.1 |
| 25 | Case Reporting, UST Reports, Statements & Schedules | 0.6 | 66.5 | - | 15.4 | 15.7 | - | - | - | 98.2 |
| 27 | Retention and Fee Applications / Invoices | 1.8 | 4.8 | - | - | - | - | - | 61.4 | 68.0 |
| 29 | Disclosure Statement / Plan of Reorganization | 1.3 | 51.9 | - | - | - | - | - | - | 53.2 |
| 30 | Information Requests and Related Matters | 0.6 | 79.8 | 3.8 | 6.0 | - | - | 0.5 | - | 90.7 |
| 35 | Planning, Supervision, Administration and Review | 9.5 | 20.2 | - | - | - | - | - | - | 29.7 |
| 40 | Business Plan & Analysis of Operations | 40.4 | 338.5 | 7.4 | 65.8 | 10.3 | - | - | - | 462.4 |
| 45 | Cash Flow Analysis and Reporting | 7.9 | 133.5 | - | 83.4 | 162.9 | - | - | - | 387.7 |
| 50 | Banking Issues, Financing, Exit Financing, Cash Collateral | - | 1.5 | - | - | - | - | - | - | 1.5 |
| 55 | Asset Sales & Disposition Support | 37.0 | 189.3 | 59.2 | 14.7 | 0.6 | - | - | - | 300.8 |
| 58 | Tax Issues / Analysis | - | 3.6 | - | - | - | - | - | - | 3.6 |
| 60 | Collateral and Credit Analysis | - | 0.7 | - | 2.0 | - | - | - | - | 2.7 |
| 65 | Account Analysis and Reconciliations | - | 8.6 | - | 30.4 | - | - | - | - | 39.0 |
| 70 | Avoidance Action Analysis | 1.1 | 14.7 | - | 5.0 | - | - | - | - | 20.8 |
| 75 | Unsecured Claim Analysis | - | 81.2 | - | 17.5 | - | - | - | - | 98.7 |
| 80 | Vendor Issues | 1.1 | 56.6 | - | 2.5 | - | - | - | - | 60.2 |
| 85 | Account Receivable Issues | 0.2 | 10.0 | - | - | - | - | - | - | 10.2 |
| 87 | Lease Issues | 2.9 | 11.3 | - | - | - | - | - | - | 14.2 |
| 89 | Employee Retention Program / Human Resource Issues | 12.4 | 4.2 | - | 2.2 | - | 17.9 | 1.0 | - | 37.7 |
| 90 | Non-Working Travel Time | 26.2 | 5.0 | - | - | - | - | - | - | 31.2 |
| | Total | 282.4 | 1,569.7 | 75.6 | 256.8 | 194.6 | 20.4 | 4.0 | 61.4 | 2,464.9 |

### Summary of Professional Fees in Dollars by Category by Associate

| Code | Category | Gerald Buccino | Harry Novak | Dennis Kraska | Bernadette Barron | Frank Lucchese | David Meister | Shawn Lederman | Various | Total | Hrs. | Avg. Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Preparation / Participation in Meeting / teleconference with Debtor Management or Counsel | $52,657.50 | $124,040.00 | $950.00 | $1,975.00 | $1,275.00 | $875.00 | $ - | $ - | $181,772.50 | 429.7 | $423.02 |
| 15 | Preparation / Participation in Meeting / teleconference with Committee, Counsel or Advisors | $9,555.00 | $27,000.00 | $350.00 | $1,000.00 | - | - | $625.00 | - | $38,530.00 | 93.6 | $411.65 |
| 20 | Court Hearings / Preparation | $10,972.50 | $44,080.00 | - | - | - | - | - | - | $55,052.50 | 131.1 | $419.93 |
| 25 | Case Reporting, UST Reports, Statements & Schedules | $315.00 | $26,600.00 | - | $3,850.00 | $3,925.00 | - | - | - | $34,690.00 | 98.2 | $353.26 |
| 27 | Retention and Fee Applications / Invoices | $945.00 | $1,920.00 | - | - | - | - | - | $9,210.00 | $12,075.00 | 68.0 | $177.57 |
| 29 | Disclosure Statement / Plan of Reorganization | $682.50 | $20,760.00 | - | - | - | - | - | - | $21,442.50 | 53.2 | $403.05 |
| 30 | Information Requests and Related Matters | $315.00 | $31,920.00 | $950.00 | $1,500.00 | - | - | $125.00 | - | $34,810.00 | 90.7 | $383.79 |
| 35 | Planning, Supervision, Administration and Review | $4,987.50 | $8,080.00 | - | - | - | - | - | - | $13,067.50 | 29.7 | $439.98 |
| 40 | Business Plan & Analysis of Operations | $21,210.00 | $135,400.00 | $1,850.00 | $16,450.00 | $2,575.00 | - | - | - | $177,485.00 | 462.4 | $383.83 |
| 45 | Cash Flow Analysis and Reporting | $4,147.50 | $53,400.00 | - | $20,850.00 | $40,725.00 | - | - | - | $119,122.50 | 387.7 | $307.25 |
| 50 | Banking Issues, Financing, Exit Financing, Cash Collateral | - | $600.00 | - | - | - | - | - | - | $600.00 | 1.5 | $400.00 |
| 55 | Asset Sales & Disposition Support | $19,425.00 | $75,720.00 | $14,800.00 | $3,675.00 | $150.00 | - | - | - | $113,770.00 | 300.8 | $378.22 |
| 58 | Tax Issues / Analysis | - | $1,440.00 | - | - | - | - | - | - | $1,440.00 | 3.6 | $400.00 |
| 60 | Collateral and Credit Analysis | - | $280.00 | - | $500.00 | - | - | - | - | $780.00 | 2.7 | $288.89 |
| 65 | Account Analysis and Reconciliations | - | $3,440.00 | - | $7,600.00 | - | - | - | - | $11,040.00 | 39.0 | $283.08 |
| 70 | Avoidance Action Analysis | $577.50 | $5,880.00 | - | $1,250.00 | - | - | - | - | $7,707.50 | 20.8 | $370.55 |
| 75 | Unsecured Claim Analysis | - | $32,480.00 | - | $4,375.00 | - | - | - | - | $36,855.00 | 98.7 | $373.40 |
| 80 | Vendor Issues | $577.50 | $22,640.00 | - | $625.00 | - | - | - | - | $23,842.50 | 60.2 | $396.05 |
| 85 | Account Receivable Issues | $105.00 | $4,000.00 | - | - | - | - | - | - | $4,105.00 | 10.2 | $402.45 |
| 87 | Lease Issues | $1,522.50 | $4,520.00 | - | - | - | - | - | - | $6,042.50 | 14.2 | $425.53 |
| 89 | Employee Retention Program / Human Resource Issues | $6,510.00 | $1,680.00 | - | $550.00 | - | $6,265.00 | $250.00 | - | $15,255.00 | 37.7 | $404.64 |
| 90 | Non-Working Travel Time | $13,755.00 | $2,000.00 | - | - | - | - | - | - | $15,755.00 | 31.2 | $504.97 |
| | Total | $148,260.00 | $627,880.00 | $18,900.00 | $64,200.00 | $48,650.00 | $7,140.00 | $1,000.00 | $9,210.00 | $925,240.00 | 2,464.9 | $375.37 |
| | Billing Rate / Hour | $525.00 | $400.00 | $250.00 | $250.00 | $250.00 | $350.00 | $250.00 | $150.00 | | | |