## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UAI, INC., f/k/a UNIVERSAL ACCESS | ) | Case No. 04 B 28747 |
| INC., *et al.,* | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Myja K. Kjaer, an attorney, certify that on July 7, 2010, I caused a true and correct copy of the **MOTION BY PLAN ADMINISTRATOR FOR ENTRY OF A FINAL DECREE AND TO AUTHORIZE PAYMENTS OVER $5,000, INCLUDING FINAL CASH AND STOCK DISTRIBUTION TO CLASS 2 CREDITORS** [Docket No. 1466] (the "Motion") to be served via electronic mail, upon the parties listed on Exhibit A attached hereto.  I further certify that on July 7, 2010, I caused a true and correct copy of the Motion to be served upon the parties listed in Exhibit B via first class mail, postage prepaid.

Dated: July 7, 2010

By: ___/s/ Myja K. Kjaer_____

Daniel J. McGuire (ARDC #6239526)
Myja K. Kjaer (ARDC #6289949)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:  (312) 558-5600
Facsimile:  (312)  558-5700

*Counsel for the Plan Administrator*

CHI:2419428.2

## Exhibit A

### Creditors' Committee Members

*AboveNet Communications. Inc.*
Robert Sokota, General Counsel
AboveNet Communications, Inc.
360 Hamilton Avenue
White Plains, NY 10601

Fax: (914) 421-6793
Email: rsokota@above.net

*Switch & Data*
c/o Richard S. Lauter
Freeborn Peters, LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: 312.360.6000

Fax: 312.360.6520

Email:  rlauter@freebornpeters.com

*GLT Liquidating Trust*
David Feldman
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022
Phone: (212) 715-7651
Fax: (212) 715-7751

Email:  dfeldman@kramerlevin.com
Re-served at: dfeldman@gibsondunn.com

### United States Trustee

Stephen G. Wolfe, Esq.
Office of the United States Trustee
219 S Dearborn Street Room 873
Chicago, Illinois 60604

Phone: (312) 886-5785

Fax: (312) 886-5794
Email: steve.g.wolfe@usdoj.gov

### Debtors' Counsel

Rosanne Ciambrone
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, Illinois 60606
Telephone: (312) 499-0127
Facsimile: (312) 499-6701
Email: rciambrone@duanemorris.com

## **Exhibit B**

See attached.

CHI:2419428.2

| Creditor | Address 2 | Address 3 | Address 4 | Address 5 |
|---|---|---|---|---|
| 200 Paul LLC, Successor in Int SF Exch | c/o Wendel Rosen Black & Dean LLP | Michael D Cooper | 1111 Broadway, 24th Floor | Oakland, CA  94607 |
| 233 South Wacker LLC | c/o Barbara Carley | CB Richard Ellis/Sears Tower | 233 S Wacker Dr, Ste 3530 | Chicago, IL  60606 |
| 330  Madison Company LLC | | c/o Borah Goldstien Altschuler et al | 377 Broadway | New York, NY  10013 |
| 601 West Associates LLC | c/o Eric S Horowitz, Esq | Zane and Rudolfsky | 601 W 26th Street, Ste 1111 | New York, NY  10001 |
| 601 West Associates LLC - A | c/o Eric S Horowitz, Esq | Zane and Rudolfsky | 601 W 26th Street, Ste 1111 | New York, NY  10001 |
| A & B Communications | | 5670 NW 116th Avenue | Suite 210 | Miami, FL  33178 |
| AA Raymond Associates - C | | | 387 Denison Hill Road | N. Stonington, CT  06359 |
| Above Net Inc. | f/k/a  Metromedia Fiber Network | 360 Hamiton Avenue | 7th Floor | White Plains, NY  10601 |
| ADP Investor Communications Services - C | | Attn: John Fargnoli | 51 Mecedes Way | Edgewood, NY  11717 |
| ADP. Inc. | | | 100 Northwest Point Blvd | Elk Grove Village, IL  60007 |
| Alkhatib, Hussam | | | 10349 South 82nd Court | Palos Hills, IL  60405 |
| AllStream | fka AT&T Canada | 200 Wellington Street West | 10th Floor | Toronto, ON  M5V 3G2  Canada |
| AMNET US, LLC - C | | | 12410 NW 39th Street | Coral Springs, FL  33065 |
| Argo Partners / CTS | assignee Column Technical Services | 12 West 37th Street | 9th Floor | New York, NY  10018 |
| Argo Partners / VSC | assignee Veritas Software Corporation | 12 West 37th Street | 9th Floor | New York, NY  10018 |
| Arizona Department of Revenue - P | | Bankruptcy Litigation Section | 1600 West Monroe | Phoenix, AZ  85007 |
| Arizona Department of Revenue - P | | Bankruptcy Litigation Section | 1600 West Monroe | Phoenix, AZ  85007 |
| AT&T | Attn: Karen Mickelsen - Law Dept | One AT&T Way | Room 3A 231 | Bedminster, NJ  07921 |
| Avaya Financial Services | | | 211 Mount Aivy Road | Basking Ridge, NJ  07920 |
| Baker & McKenzie - C | | One Prudential Plaza | 130 East Randolph | Chicago, IL  60606 |
| Belmont Springs Water Co.,Inc - C | | | 36 Country Club Lane | Belmont, MA  02478-1122 |
| Boise Cascade Office Products - C | | | 150 E Pierce Road | Itasca, IL  60143 |
| Brinks Hofer Gilson & Lione | Attn: Controller | 455 North Cityfront Plaza | Suite 3600 | Chicago, IL  60611-5599 |
| Broadmark Capital, LLC | | 600 University Street | Suite 2800 | Seattle, WA  98101 |
| Cable & Wireless USA | Omega Liquidating Trust | c/o Edmon Morton | PO Box 391 | Wilmington, DE  19899 |
| Cannon Business Solutions,-East Inc. - C | | | PO Box 33191 | Newark, NJ  07188-0191 |
| CB Richard Ellis, Inc. - C | 233 Conference LLC | PO Box 8000 | Dept 794 | Buffalo, NY  14267 |
| CCC Technologies, Inc. - C | | | 700 Nicholas Blvd | Elk Grove Village, IL  60007 |
| Centennial Cellular | | 3349 Route 138 | Bldg A | Wall, NJ  07719 |
| Ceridian Benefits Service - C | | 9150 South Hills Blvd | Suite 100 | Broadview Heights, OH  44147 |
| Cincinnati Bell Telephone | | | 221 East Fourth Street | Cincinnati, OH  45202 |
| Cintas Corp | dba Suncoast Fire | | 207 Kelsey Lane East | Tampa, FL  33619-4346 |
| City and County of Denver/Treasury - P | McNichols Civic Center Bldg | 144 West ofax Avenue | Room 384 | Denver, CO  80202 |
| City of Newport News - C | | | 2400 Washington Avenue | Newport News, VA  23607 |
| City of Santa Clara  - C | | | 1500 Warburton Avenue | Santa Clara, CA  95050 |
| City of Seattle - C | | 600 4th Avenue, Floor 1 | PO Box 94726 | Seattle, WA  98124-4726 |
| CityNet Telecommunications, Inc. | Lillian Jowers Wilmer Cutler Pickering | c/o Hale and Dorr LLP | 1875 Pennslyvania Ave. Northwest | Washington, DC 20006 |
| Cleaner Living Services, Inc. -C | | 1440 Maple Avenue | Suite 3-B | Lisle, IL  60532 |
| Colex & Associates | | | PO Box 700 | Annandale, VA  22003 |
| Comfort Systems USA - C | | 50 Baker Hollow Road | Suite A | Windsor, CT  06095 |
| Commerce & Industry Insurance (AIG) | Law Dept/Bankruptcy | Michele A Levitt Esq | 70 Pine Street, 31st Floor | New York, NY  10270 |

| Creditor | Address 2 | Address 3 | Address 4 | Address 5 |
|---|---|---|---|---|
| CONCUR Technologies - C | | | 6222 185th Avenue NE | Redmond, WA  98052 |
| Connecticut Department of Revenue - A | C&E Division, Bankruptcy Section | 25 Sigourney Street | | Hartford, CT  06106-5032 |
| Connecticut Mailing Systems, Inc. - C | | | 50 Progress Circle | Newington, CT  06111 |
| Connolly Bove Lodge & Hutz LLP | | c/o Karen C Bifferato | 1007 N Orange Street | Wilmington, DE  19801 |
| Contrarian Capital Management, LLC | | 411 West Putnam Avenue | Suite 225 | Greenwich, CT  06830 |
| Corp-Link Services, Inc. - C | | | 118 West Edwards Street | Springfield, IL  62701 |
| County of Fairfax - P | | 12000 Government Center Parkway | Suite 549 | Fairfax, VA  22035 |
| Cox Communications, Inc. | | | 1400 Lake Hearn Drive NE | Atlanta, GA  30319 |
| Daffer, Anthonry - C | Crescendo Ventures | 480 Cowper Street | Suite 300 | Palo Alto, CA  94301 |
| Dagda Mor Media | | 21001 N Tatum Blvd | Suite 1630-449 | Phoenix, AZ  85050 |
| DeltaWare, Inc. - C | | | PO Box 691226 | San Antonio, TX  78269 |
| Department of Treasury - C | Internal Revenue Service | | 1500 Pennsylvania Ave NW | Washington, DC  20220 |
| Design Agency, Inc. - C | | | 3602 N Kennicott Avenue | Arlington Hts, IL  60004 |
| Dialog Corporation - C | | | 36495 Treasury Center | Chicago, IL  60694 |
| DJG Janitorial Services | | | 7620 Mendy Street | Paramount, CA  90723 |
| Dolanski, Anthony | Internet Capital Group | 690 Lee Street Rd | Suite 310 | Wayne, PA  19087 |
| DrinkMore Delivery Inc. - C | | | 19200-U Chennault Way | Gaithersburg, MD  20879 |
| Dynamex Seko Metro Inc. - C | | | PO Box 4230 | Carol Stream, IL  60197 |
| Electro Banque | c/o John C Thomas | Dorsey & Whitney LLP | 50 South Sixth St, Ste 1500 | Minneapolis, MN  55402-1498 |
| Telecom Partners Resources LLC | Attn: William Elsner | PO Box 370990 | | Denver, CO  80237-0990 |
| Ettinger, Peter | | | 7914 Long Branch Parkway | Takoma Park, MD  20912 |
| Fair Harbor Capital, LLC / AP | assignee Ashton Partners LLC | Ansonia Finance Station | PO Box 237037 | New York, NY  10023 |
| Federal Communications Commission | | | 445 12th Street SW | Washington, DC  20554 |
| Federal Express | Attn: Revenue Recovery/Bankruptcy | 2005 Corporate Avenue | 2nd Floor | Memphis, TN  38132 |
| Fireline Corp. - C | | | 4506 Hollins Ferry Road | Baltimore, MD  21227-4971 |
| Florida Power & Light | | | PO Box 025209 | Miami, FL  33102 |
| Fulton County Tax Commissioner - P | Attn: Sharon Allen | 141 Pryor Street SW | Room 1113 | Atlanta, GA  30303 |
| Georgia Power Company - C | | | 96 Annex | Atlanta, GA  30396-0001 |
| GLT Liquidating Trust | c/o Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York, NY  10036 |
| Gosnell Properties Inc | c/o Askounis & Borst, PC | 180 North Stetson Avenue | | Chicago, IL  60601 |
| Gosnell Properties Inc | c/o Askounis & Borst, PC | 180 North Stetson Avenue | | Chicago, IL  60601 |
| Hinckley Spring Water Company - C | | 5660 New Northside Drive | Suite 500 | Atlanta, GA  30328 |
| The Carlyle Group | fka I/ESG ITF Carlyle One Wilshire LP | 11100 Santa Monica Blvd | | Los Angeles, CA  90025 |
| ICG Telecom Group, Inc. | Remittance Dept 182 | | | Denver, CO  80291 |
| Illinois Department of Revenue - P | Bankruptcy Unit | James R Thompson Ctr | 100 West Randolph St #7-425 | Chicago, IL  60601 |
| Illinois Department of Revenue - P | Bankruptcy Unit | James R Thompson Ctr | 100 West Randolph St #7-425 | Chicago, IL  60601 |
| Indiana Department of Revenue | Bankruptcy Secton | Room N-203 | 100 North Senate Avenue | Indianapolis, IN  46204 |
| Indiana Department of Revenue - P | Bankruptcy Secton | Room N-203 | 100 North Senate Avenue | Indianapolis, IN  46204 |
| INSC - C | | 199 Technology Drive | Suite 140 | Irvine, CA  92618 |
| Insight Corporate Solutions | | | 444 Scott Drive | Bloomingdale, IL  60108 |
| Inter Connect - C | | Attn: David R Allison | PO Box 282 | Tire Hill, PA  15959 |
| IOS Capital - C | | Ikon Financial Services | 1738 Bass Road | Macon, GA  31210 |

| Creditor | Address 2 | Address 3 | Address 4 | Address 5 |
|---|---|---|---|---|
| IX2 Center - C | | 1200 West 7th Street | Suite L2-240 | Los Angeles, CA  90017-2349 |
| Jackson, Anthony - C | | | 4957 South Michigan | Chicago, IL  60615 |
| Jani-King of Atlanta - C | | | 6190 Regency Parkway | Norcross, GA  30071 |
| Kansas Corp. Commission - C | | | 1500 SW Arrowhead Road | Kansas City, KS  66604-4027 |
| Kentucky Data Link | Attn: Shelley A Starks | | 3701 Communications Way | Evansville, IN  47715 |
| Kentucky Dept of Revenue | Legal Branch/Bankruptcy | Attn: Leanne Warren | PO Box 5222 | Frankfort, KY  40602 |
| Keynote Red Alert - C | | 2100 Tenth Street | Suite 500 | Plano, TX  75074 |
| King County Treasurer Operations - C | Attn: Linda Nelsen | 500 4th Avenue | Room 600 | Seattle, WA  98104 |
| Lafayette Business Park | | c/o Pelio & Associates Inc | 14573 Big Bas Way | Saratoga, CA  95070 |
| Level 3 Communications | | | 1025 Eldorado Blvd | Broomfield, CO  80021-8254 |
| Liebert Corporation | | | PO Box 29186 | Columbus, OH  43229 |
| Lifeline Data Centers, LLC - C | | 600 Kentucky Avenue | Suite 200 | Indianapolis, IN  46225-1231 |
| Maricopa County Treasurer's Office - P | | c/o Lee Caldwell | 301 West Jefferson Street | Phoenix, AZ 85003 |
| Markley One Summer St. LLC | f/k/a MSP One Summer Street | c/o Markley Group | 633 West 5th Street, 26th Floor | Los Angeles, CA  90071 |
| Verizon Business Global, LLC | fka MCI Worldcom Network Services, Inc. | Attn: William Vermette, Esq | 22001 Loudoun County Pkwy, Room E1-3-115 | Ashburn, VA  20147 |
| McKenney's Mechanical Contractors - C | | | 1056 Moreland Industral Blvd | Atlanta, GA  30316 |
| Merrill Communicaion LLC - C | | | CM-9638 | St Paul, MN  55170 |
| Midwest Mechanical | | | 540 Executive Plaza | Willowbrook, IL  60521-5602 |
| Mississippi State Tax Commission - P | | Bankruptcy Section | PO Box 23338 | Jackson, MS  39225 |
| Monsiemer, Robert - C | | | 2120 Drury Road | Silver Spring, MD  20906 |
| Muzak-Chicago - C | | | 2109 N Green Acres Road | Fayetteville, AR  72703-2808 |
| NECA | c/o Interstate TRS Fund | PO Box 360090 | | Pittsburgh, PA  15251-6090 |
| NEON Optica Inc. | c/o Jonathan Levine | Andrews Kurth LLP | 450 Lexington Avenue, 15th Floor | New York, NY  10017 |
| Netco | formerly Waminet Inc | Attn: Shanna Salzman Netco | 950 Blue Gentian Road, Ste 100 | Eagen, MN  55121 |
| Northern Lights | | c/o Bryan Halfacre | 8109 Network Drive | Plainfield, IN  46168 |
| NSTAR | Norstar | 800 Boylston Street | 17th Floor | Boston, MA  02199 |
| Office Depot - C | | | 2200 Old Germantown Road | Delray Beach, FL  33445 |
| Office Max - C | | | 150 East Pierce Road | Itasca, IL  60143 |
| Oster & Martin, LLC - C | | 717 Seventeenth Street | Suite 1475 | Denver, CO  80202 |
| PACER Service Center - C | | | 2031 East Sherman Blvd | Muskegon, MI  49444-1825 |
| Pepe & Hazard LLP - C | | Good Square | 25 Asylum Street | Hartford, CT  06103-4302 |
| Pickens-Kane - C | | | 410 N Milwaukee | Chicago, IL  60610 |
| Piper & Rudnick | | c/o Palmina Fava, Esq | 1251 Avenue of the Americas | New York, NY  10020 |
| PR Newswire - C | | | PO Box 5897 | New York, NY  10087 |
| Premier Employment Screening Serv. - C | | 123 North College Avenue | Suite 250 | Fort Collins, CO  80524-4427 |
| Purchase Power Co. - C | | | PO Box 85042 | Louisville, KY  40285-5042 |
| Qwest Corporation | Attn: Legal Dept, Mitchell Katz | 1801 California | Suite 4900 | Denver, CO  80202 |
| Ralph Consulting LLC - C | | Attn: James R Ralph, Jr | 5091 Cannon Bluff Drive | Woodbridge, VA  22192 |
| Research in Motion | for Blackberry | | 12432 Collections Center Drive | Chicago, IL  60693 |
| Revenue Management / B&F | assignee B&F Coffee Service | One University Plaza | Suite 312 | Hackensack, NJ  07601 |
| Revenue Management / SCC | assignee Stout Causey Consulting | One University Plaza | Suite 312 | Hackensack, NJ  07601 |

| Creditor | Address 2 | Address 3 | Address 4 | Address 5 |
|---|---|---|---|---|
| Riverside Claims  LLC / LT | Assignee for Laurus Technologies | PO Box 626 | Planetarium Station | New York, NY  10024 |
| Riverside Claims  LLC / SI | Assignee for Stewart & Irwin, PC | PO Box 626 | Planetarium Station | New York, NY  10024 |
| Rockville Printing & Graphics | 736 Rockville Pike | | | Rockville, MD  20852 |
| Ryan Business Systems, Inc. / RPG - C | | | 455 Governor's Highway | South Windsor, CT  06074-2510 |
| Sachnoff & Weaver, Ltd. | Attn:  Charles P Schulman | 30 South Wacker Drive | 29th Floor | Chicago, IL  60606 |
| Sears Tower Club - C | | | 233 South Wacker | Chicago, IL  60606 |
| Service New Brunswick - C | Westmorland Place | Room 200, 2nd Floor | 82 Westmoreland Street | Fredericton, NB  E3B 3L3  Canada |
| Sierra Liquidity Fund / BG | assignee Burwood Group, Inc | 2699 White Road | Suite 255 | Irvine, CA  92614 |
| Sierra Liquidity Fund / TC | assignee T-Com AC Services | 2699 White Road | Suite 255 | Irvine, CA  92614 |
| Simplex Grinnell | | | 50 Technology Drive | Westminster, MA  01441 |
| Sixth & Virginia Properties | c/o Mark Northup, Graham & Dunn PC | Pier 70 | 2801 Alaska Way, Ste 300 | Seattle, WA  98121 |
| SkillPath Seminars - C | | | 2625 Butterfield Road | Oak Brook, IL  60523-1234 |
| SMS | | | 455 River Road | Hudson, MA  01749 |
| Springfield ASC - C | | 529 South 7th Street | FL 2B | Springfield, IL  62703 |
| State of Louisiana | | Louisiana Dept of Revenue | PO Box 66658 | Baton Rouge, LA  70896 |
| State of Louisiana - P | | Louisiana Dept of Revenue | PO Box 66658 | Baton Rouge, LA  70896 |
| State of Michigan - C | | 3036 12 Mile Road | Suite 100 | Berkley, MI  48072 |
| Storage USA - C | | | 1200 Legion Road NE | Albuquerque, NM  87102 |
| Swidler Berlin LLP | c/o Bingham McKutchen LLP | 2020 K Street NW | | Washington , DC  20006-1806 |
| Switch & Data | | 1715 N Westshored Blvd | Suite 650 | Tampa, FL  33607 |
| Technologies Management Inc. | 2600 Maitland Center Parkway | Suite 300 | | Maitland, FL  32751-4154 |
| Telecom Management III,LLC | | PO Box 370990 | | Denver, CO  80237-0990 |
| Tennessee Dept. of Revenue - A | | c/o Attorney General | PO Box 20207 | Nashville, TN  37202 |
| Tennessee Dept. of Revenue - P | | c/o Attorney General | PO Box 20207 | Nashville, TN  37202 |
| The IBS Service Group - C | | | 68 Thomas Street | New York, NY  10013 |
| Therm Flo Inc. - C | | c/o Kevin J O'Brien | 251 Holbrook Drive | Wheeling, IL  60090 |
| Therm Flo Inc. - C | | c/o Kevin J O'Brien | 251 Holbrook Drive | Wheeling, IL  60090 |
| Time Consultant - C | | 7804 Fairview Road | Suite 316 | Charlotte, NC  28226 |
| Touch America | | | 130 North Main Street | Butte, MT  59701 |
| Townsend Townsend & Crew LLP | Attn: Leigh Kirmsse | Two Embarcadero Center | 8th Floor | San Francisco, CA  94111 |
| Universal Service Administrative Co - A | Attn: Tracey Beaver | 2000 L Street NW | Suite 200 | Washington , DC  20036 |
| Universal Service Administrative Co | Attn: Tracey Beaver | 2000 L Street NW | Suite 200 | Washington , DC  20036 |
| Verisign, Inc. | Illuminet | | 4501 Intelco Loop, SE | Olympus, WA  98507 |
| Webb/Mason - C | | 100 Overland Drive | Unit C | North Aurora, IL  60542 |
| West Virginia State Tax Division | | | PO Box 766 | Charleston, WV  25323-0766 |
| West Virginia State Tax Division - P | | | PO Box 766 | Charleston, WV  25323-0766 |
| WorkNet, Inc. - C | | 600 E Diehl Road | Suite 1000 | Naperville, IL  60563 |