*In re 04-11, Inc. - Final Distribution*

| Filed Claim # | Creditor | Final Distribution Not Less Than |
|---|---|---:|
| A 060 | 200 Paul LLC, Successor in Int SF Exch | 8,000.00 |
| B 059 | 233 South Wacker LLC | 138,510.16 |
| B 035 | 330 Madison Company LLC | 19,610.13 |
| B 117 | 601 West Associates LLC | 9,523.92 |
| n/a | A & B Communications | 43.88 |
| B 039 | Above Net Inc. | 11,000.00 |
| n/a | ADP. Inc. | 128.56 |
| A106 | AllStream | 1,607.92 |
| n/a | Argo Partners / CTS | 1,008.00 |
| B 116 | Argo Partners / VSC | 717.48 |
| A 017 | AT&T | 80,000.00 |
| n/a | Avaya Financial Services | 394.84 |
| A 096 | Brinks Hofer Gilson & Lione | 208.53 |
| A 071 | Broadmark Capital, LLC | 104.74 |
| B 091 | Cable & Wireless USA | 1,365.24 |
| B 107 | Centennial Cellular | 997.39 |
| n/a | Cincinnati Bell Telephone | 46.32 |
| B 037 | Cintas Corp | 88.25 |
| A 044 | CityNet Telecommunications, Inc. | 9,152.86 |
| B 114 | Colex & Associates | 400.00 |
| A 081 | Commerce & Industry Insurance (AIG) | 59.32 |
| B 075 | Connolly Bove Lodge & Hutz LLP | 71.39 |
| n/a | Contrarian Capital Management, LLC | 1,101.52 |
| n/a | Cox Communications, Inc. | 132.32 |
| n/a | Dagda Mor Media | 160.00 |
| n/a | DJG Janitorial Services | 91.76 |
| n/a | Dolanski, Anthony | 101.60 |
| A 087 | Electro Banque | 79,800.00 |
| n/a | Telecom Partners Resources LLC | 325.00 |
| A 097 | Ettinger, Peter | 714.46 |
| n/a | Fair Harbor Capital, LLC / AP | 120.00 |
| n/a | Federal Communications Commission | 653.48 |
| A 004 | Federal Express | 115.15 |
| B 038 | Florida Power & Light | 99.14 |
| B 086 | GLT Liquidating Trust | 39,000.00 |
| A113 | Gosnell Properties Inc | 2,050.65 |
| n/a | The Carlyle Group | 92.84 |
| B 055 | ICG Telecom Group, Inc. | 490.96 |
| A110 | Indiana Department of Revenue | 7.90 |
| n/a | Insight Corporate Solutions | 90.04 |
| A 091 | Kentucky Data Link | 139.54 |

| Filed Claim # | Creditor | Final Distribution Not Less Than |
|---|---|---:|
| A115 | Kentucky Dept of Revenue | 0.40 |
| A 076 | Lafayette Business Park | 40,000.00 |
| B128 | Level 3 Communications | 90,000.00 |
| A 009 | Liebert Corporation | 47.58 |
| B 040 | Markley One Summer St. LLC | 32,000.00 |
| B 019 | Verizon Business Global, LLC | 120,000.00 |
| A 011 | Midwest Mechanical | 76.22 |
| B 062 | NECA | 1,679.07 |
| B 084 | NEON Optica Inc. | 46,000.00 |
| A 083 | Netco | 2,054.32 |
| B 026 | Northern Lights | 89.84 |
| A 057 | NSTAR | 144.06 |
| B 047 | Piper & Rudnick | 240.92 |
| B120 | Qwest Corporation | 22,000.00 |
| n/a | Research in Motion | 80.32 |
| B 003 | Revenue Management / B&F | 45.34 |
| C 001 | Revenue Management / SCC | 160.09 |
| B 118 | Riverside Claims  LLC / LT | 57.60 |
| B 063 | Riverside Claims  LLC / SI | 77.52 |
| B 115 | Rockville Printing & Graphics | 396.72 |
| B 068 | Sachnoff & Weaver, Ltd. | 44.00 |
| A 072 | Sierra Liquidity Fund / BG | 58.80 |
| n/a | Sierra Liquidity Fund / TC | 47.20 |
| A 099 | Simplex Grinnell | 40.79 |
| B122 | Sixth & Virginia Properties | 3,708.75 |
| n/a | SMS | 65.80 |
| B 111 | State of Louisiana | 0.18 |
| B 090 | Swidler Berlin LLP | 220.48 |
| A 089 | Switch & Data | 1,698.00 |
| n/a | Technologies Management Inc. | 140.36 |
| A 084 | Telecom Management III,LLC | 111.03 |
| B126 | Tennessee Dept. of Revenue - P | 12.40 |
| A 079 | Touch America | 960.00 |
| B 097 | Townsend Townsend & Crew LLP | 1,124.46 |
| B 129 | Universal Service Administrative Co | 26,860.73 |
| A 075 | Verisign, Inc. | 240.00 |
| A 062 | West Virginia State Tax Division | 0.92 |
| | **TOTAL NOT LESS THAN** | **$798,809.20** |