# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| UAI, INC., f/k/a UNIVERSAL ACCESS ) | Case No. 04 B 28747 |
| INC., *et al.*, ) | |
| ) | Hon. Jack B. Schmetterer |
| Debtor. ) | |

## FINAL DECREE AND ORDER AUTHORIZING PAYMENTS OVER $5000

Upon consideration of the *Motion by Plan Administrator for Entry of a Final Decree and to Authorize Payments Over $5000, Including Final Cash and Stock Distribution to Class 2 Creditors* (the "Motion")[1] filed by then Plan Administrator, and it being found that this Court has jurisdiction; and it appearing that good and sufficient notice of the Motion having been given as required by Section 5.4 of the Plan and no further notice of the entry of this Order need be provided; venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having considered the Motion and statements of counsel at the hearing and the record and after due deliberation and sufficient cause appearing therefore; and good and sufficient cause appearing therefore, IT IS HEREBY:

ORDERED that the Plan Administrator is authorized to make the payments over $5,000 listed on the Schedule filed with the Court as Docket No. 1471 to Class 2 Creditors in connection with the final cash distribution; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

CHI:2436195.1

ORDERED that Wells Fargo Bank, N.A. is authorized to honor checks representing such payments; and it is further

ORDERED that the Plan Administrator is authorized to make a final distribution of 400,000 shares, pro rata, to holders of allowed Class 2 Claimants; and it is further

ORDERED that the chapter 11 cases of the Debtors are hereby closed.

Dated:

8/19/10

_____
United States Bankruptcy Judge

AUG 19 2010